REC'D U.S. MARSHAL MPLS
JUN 24 '25 PM 4:04

AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**

JUL 0 7 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

~~SEALED~~

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 25-cr-251 (JWB/SGE) |
| Larry McGee (1) | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Larry McGee _____ ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

This offense is briefly described as follows:          Pretrial Release Violation Petition

Count 1 - Conspiracy to Distribute Fentanyl, 21:841(a)(1) and 846; Count 2 - Possession with Intent to Distribute Fentanyl, 21:841(a)(1) and 841(b)(1)(B).

Date:  06/24/2025 _____          _____
                                                                             *Issuing officer's signature*

City and state:   Minneapolis, Minnesota _____          Kate M. Fogarty, Clerk of Court
                                                                                                              *Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

ARRESTED ON 6/26/2025
ARRESTED BY FBI-WCCTF
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*   SCANNED
JUL 0 8 2025
*Printed name and title*   U.S. DISTRICT COURT MPLS